IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALTICE USA, INC., CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, AIRTIES KABLOSUZ ILETISM SANAYI VE DIS TICARET ANONIM SIRKETI, SAGEMCOM BROADBAND SAS, CHARTER COMMUNICATIONS, INC., SPECTRUM GULF COAST, LLC, COMMSCOPE INC., ARRIS INTERNATIONAL LTD, and ARRIS INTERNATIONAL PLC,<br><br>    Defendants. | CIVIL ACTION NO. 4:20-cv-903-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS SAGEMCOM BROADBAND SAS

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Sagemcom Broadband SAS ("Sagemcom") have resolved American's claims for relief against Sagemcom asserted in this case.

NOW, THEREFORE, American and Sagemcom, through their attorneys of record, request this Court to dismiss all of American's claims for relief between American and Sagemcom with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: January 15, 2021                    Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

/s/ *Amanda Tessar*
Amanda Tessar
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400,
Denver, Colorado 80202-5255
Telephone: (303) 291-2357
Facsimile: (303) 291-2457
Email: ATessar@perkinscoie.com

**ATTORNEY FOR SAGEMCOM BROADBAND SAS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 15, 2021.

By: /s/ *Zachariah S. Harrington*
Zachariah S. Harrington