IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ALTICE USA, INC., CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, AIRTIES KABLOSUZ ILETISM SANAYI VE DIS TICARET ANONIM SIRKETI, SAGEMCOM BROADBAND SAS, CHARTER COMMUNICATIONS, INC., SPECTRUM GULF COAST, LLC, COMMSCOPE INC., ARRIS INTERNATIONAL LTD, and ARRIS INTERNATIONAL PLC,<br><br>  Defendants. | CIVIL ACTION NO. 4:20-cv-903-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS THE COMMSCOPE DEFENDANTS

WHEREAS, Plaintiff American Patents LLC ("American") and Defendants CommScope Inc., Arris International Ltd, and Arris International PLC (collectively "CommScope") have resolved American's claims for relief against CommScope asserted in this case.

NOW, THEREFORE, American and CommScope, through their attorneys of record, request this Court to dismiss all of American's claims for relief between American and CommScope with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: February 9, 2021                           Respectfully submitted,

Case 4:20-cv-00903-ALM Document 52 Filed 02/09/21 Page 2 of 4 PageID #: 310

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

/s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
102 North College Avenue
Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com

1

*Attorney for Defendants CommScope Inc., Arris International LTD, Arris International PLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 9, 2021.

By: /s/ *Zachariah S. Harrington*
Zachariah S. Harrington