IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALTICE USA, INC., CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, AIRTIES KABLOSUZ ILETISM SANAYI VE DIS TICARET ANONIM SIRKETI, CHARTER COMMUNICATIONS, INC., and SPECTRUM GULF COAST, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 4:20-cv-903-ALM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS DEFENDANTS ALTICE USA, INC., CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, AND CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS**

WHEREAS, Plaintiff American Patents, LLC ("American") and Defendants Altice USA, Inc., CSC Holdings, LLC d/b/a Optimum-Cablevision, and Cequel Communications, LLC d/b/a Suddenlink Communications (collectively "Altice") have resolved American's claims for relief against Altice asserted in this case.

NOW, THEREFORE, American and Altice, through their attorneys of record, request this Court to dismiss all claims asserted by American against Altice in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: June 2, 2021                                         Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*


/s/ *Anna Rebecca Skupin*
 Elizabeth S. Forrest
TX Bar No. 24086207
elizabethforrest@siebman.com
Anna Rebecca Skupin
TX Bar No. 24084272
beccaskupin@siebman.com

**SIEBMAN FORRECT BURG & SMITH, LLP**
Federal Courthouse Square
300 N. Travis

Sherman, TX 75090
(903) 870-0070
(903) 870-0066 Telefax

*Attorneys for Defendants*
*Altice USA, Inc., CSC Holdings, LLC d/b/a*
*Optimum Cablevision, and Cequel*
*Communications, LLC d/b/a Suddenlink*
*Communications*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 2, 2021.

                                                      */s/Zachariah S. Harrington*
                                                      Zachariah S. Harrington