IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ALTICE USA, INC., CSC HOLDINGS, LLC D/B/A OPTIMUM-CABLEVISION, CEQUEL COMMUNICATIONS, LLC D/B/A SUDDENLINK COMMUNICATIONS, AIRTIES KABLOSUZ ILETISM SANAYI VE DIS TICARET ANONIM SIRKETI, CHARTER COMMUNICATIONS, INC., and SPECTRUM GULF COAST, LLC,<br><br>   Defendants. | CIVIL ACTION NO. 4:20-cv-903-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

This matter came before the Court upon the Joint Motion to Dismiss (Dkt. #84) filed by Defendants Altice USA, Inc., CSC Holdings, LLC d/b/a Optimum-Cablevision, and Cequel Communications, LLC d/b/a Suddenlink Communications (collectively "Altice") and Plaintiff American Patents LLC ("American"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by American against Altice in this action are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over American and Altice to enforce the settlement agreement between American and Altice. It is further

**ORDERED** that American and Altice shall bear their own costs, expenses and legal fees in this case. It is further

**ORDERED** that the Clerk is directed to terminate Defendants Altice USA, Inc., CSC Holdings, LLC d/b/a Optimum-Cablevision, and Cequel Communications, LLC d/b/a Suddenlink Communications as parties to this case.

**SIGNED this 4th day of June, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE